2:11-cv-14512-DML-MKM   Doc # 6   Filed 10/25/11   Pg 1 of 2   Pg ID 276

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY TALTON, II and STACIE TALTON,

    Plaintiffs,

v.

                                  Case No. 11-cv-14512
                                  Hon. David M. Lawson

BAC HOME LOANS SERVICING, LP,

    Defendant.

---

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Bank of America, N.A. ("BANA"), successor by merger to BAC Home Loans Servicing (f/k/a Countrywide Home Loans Servicing, LP), submit the following corporate disclosure statement, pursuant to Federal Rule of Civil Procedure 7.1:

1.    **Parent corporations of defendants:**

(a)    Defendant BANA is wholly owned by Bank of America Corp.

2.    **Any publicly held corporation owning 10% or more of defendants' stock:**

(a)    Bank of America Corp. is publicly traded on the New York Stock Exchange.

Detroit_1133823_1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY TALTON, II and STACIE TALTON,

    Plaintiffs,

v.

                      Case No. 11-cv-14512
                      Hon. David M. Lawson

BAC HOME LOANS SERVICING, LP,

    Defendant.

---

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 25, 2011 **Defendant's Corporate Disclosure Statement** was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Michigan using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                      BODMAN PLC

                      /s/ Christine E. Ficks
                      By: Christine E. Ficks (P64625)
                      6th Floor at Ford Field
                      1901 St. Antoine Street
                      Detroit, Michigan 48226
                      (313) 259-7777
                      cficks@bodmanlaw.com
                      Attorneys for Defendant Bank of America, N.A.