# **INDEX OF EXHIBITS**

**Ex. "A"** – Rule 56f Affidavit

**Ex. "B"** – Mortgage

**Ex. "C"** – Proof TBW No Longer Exists

**Ex. "D"** – Invalid Assignment

**Ex. "E"** – Illegal Denial Letter

**Ex. "F"** – Plaintiffs' attorney's request for MCL 600.3205c meeting

**Ex. "G"** –Package sent by Defendant to Plaintiffs' attorney for MCL 600.3205c meeting

**Ex. "H"** – Plaintiffs' attorneys' notes from MCL 600.3205c meeting