# EXHIBIT "D"

LIBER42334 PG096

```
156814
LIBER 42334 PAGE    96
$10.00 MISC RECORDING
$4.00 REMONUMENTATION
09/01/2010 02:46:30 P.M.  RECEIPT# 65755
```

PAID    RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## ASSIGNMENT OF MORTGAGE

Talton, Larry II

T&T # 337477F01

KNOW ALL MEN BY THESE PRESENTS, that Mortgage Electronic Registration Systems, Inc as nominee for Lender and Lenders successors and/or assigns, 1818 Library Street, Suite 300, Reston, VA 20190, party of the first part, for and in consideration of the sum of One Dollar ($1.00) and other valuable considerations, lawful money of the United States of America, to it paid by: BAC Home Loans Servicing, L.P., 400 Countrywide Way, Simi Valley, CA 93065-6298, party of the second part, the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and does hereby sell, assign and transfer to the said party of the second part, all the right, title and interest of the said party of the first part in and to a certain real estate mortgage made by Larry R. Talton II and Stacie C. Talton, Husband and Wife, original mortgagor(s), to Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns, Mortgagee, dated April 25, 2008, and recorded on May 13, 2008 in Liber 40299 on Page 70, in Oakland county records, Michigan

IN WITNESS WHEREOF, said party of the first part has caused these presents to be signed by its duly authorized officers and its corporate seal to be hereunto affixed, this 10th day of August, 2010.

In the presence of:

Signed

Mortgage Electronic Registration Systems, Inc as nominee for Lender and Lenders successors and/or assigns

By
Kenneth E. Kurel, Vice President, for Mortgage Electronic Registration Systems, Inc., pursuant to Agreement for Signing Authority dated 05/19/2009

STATE OF MICHIGAN )
)SS
COUNTY OF OAKLAND )

This instrument was acknowledged before me in Oakland County, State of Michigan, on this 10th day of August, 2010, by Kenneth E. Kurel, Vice President, for Mortgage Electronic Registration Systems, Inc., pursuant to Agreement for Signing Authority dated 05/19/2009, for the corporation.

Annette Marie Thayer, Notary public
State of Michigan, County of Oakland
My commission expires June 18, 2011
Acting in the County of Oakland

When Recorded Return To:
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525

Drafted by: Ellen L. Coon
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525

City of Southfield:
Legal Description:
Apt No. 7, Building B, Ranchwood Villas Condominium, A Condominium according to the Master Deed recorded in Liber10345, Page 74 through 101, inclusive, Oakland County Records as amended and designated as Oakland County Condominium Subdivision Plan Number 537, together with Rights in Common Elements and Limited Common Elements as set forth in the aforementioned Master Deed and as described in Act 59 of the Public Acts of 1978 as amended.

Tax Parcel No. 24-15-201-033    9000537

Property Address:
28885 Ranchwood Dr Unit 7
Southfield, MI 48076-2465

O.K. - A.N.