# EXHIBIT "F"

# GANTZ ASSOCIATES
Attorneys and Counselors at Law

31555 West Fourteen Mile, Suite 209
Farmington Hills, Michigan 48334
Tel/Fax: (248) 886-9006
E-Mail: AGantz@GantzAssociates.com
Website: www.GantzAssociates.com

August 21, 2010

*VIA FACSIMILE*

Trott & Trott, P.C.
Attn: Foreclosure Department
Fax: (248) 205-4130

      **Re:**    ***REQUEST FOR MEETING PURSUANT TO MCL 600.3205b***

      ***T&T #337477F01***
      ***Larry Talton, II***
      ***28885 Ranchwood Dr Unit 7***
      ***Southfield, MI 48076-2465***
      ***Loan #22574967***
      ***HUD #2619420222796***

Dear Sir/Madam:

      This office represents the borrower(s), with regard to the above-referenced matter. As such, please direct all future correspondence regarding this matter to my attention.

      **In addition, please accept this correspondence as a formal request for a meeting pursuant to MCL 600.3205b.**

      I look forward to working with you towards an amicable resolution of the alleged default of the above-referenced mortgage.

                               Very truly yours,

                               **GANTZ ASSOCIATES**

                               /s/ Adam J. Gantz

CC:    Client

## Adam J. Gantz

**From:**      gantzassociates@onebox.com
**Sent:**      Saturday, August 21, 2010 9:43 AM
**To:**        gantzassociates@onebox.com
**Subject:**   Outbound Fax Acknowledgement

Fax to 2482054130 was successfully sent.
.