# EXHIBIT "G"

# TROTT & TROTT

### A PROFESSIONAL CORPORATION

| | |
|---|---|
| HEADQUARTERS: | GRAND RAPIDS: |
| 31440 Northwestern Hwy • Suite 200 | 4024 Park East Ct. • Suite B |
| Farmington Hills, MI 48334 | Grand Rapids, MI 49546 |
| 248-642-2515 • Fax 248-642-3628 | 616-942-0893 • Fax 616-942-0921 |

### THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
### ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

September 16, 2010

Gantz Associates
31555 W 14 Mile Rd Ste 209
Farmington Hills, MI 48334-1287

RE:     Larry Talton II
         28885 Ranchwood Dr Unit 7
         Southfield, MI 48076-2465
         T&T #337477F01
         Loan #22574967
         HUD #2619420222796

Dear Gantz Associates:

You, a co-mortgagor, or an approved housing counselor have requested a meeting with a designate of the servicer and/or lender to discuss loan modification and/or loss mitigation options, relative to the above-referenced property. As a result, the foreclosure process will not continue until on or after November 08, 2010

Please return copies of all of the following documents to us:

- The completed financial/information worksheet that is enclosed
- A letter explaining your hardship
- Two (2) most recent paystubs showing year-to-date income. If paid weekly, please provide four (4) most recent paystubs
- W-2 forms
- Copies of benefit statement or letter from the provider that states the amount, frequency, and duration of the benefit
- Proof of any other income received such as alimony, rental, child support, pension, death benefits, public assistance unemployment, etc.
- Two most recent year's tax returns with all schedules (signed with all pages) or most recently filed tax return with proof of extension (signed with all pages)
- Two most recent months bank statements
- Proof of occupancy such as a copy of the most recent water bill, gas bill, electric bill, or phone bill for the subject property
- A fully executed 4506-T form

Please return the enclosed documents to us at the following address:

      Trott & Trott, P.C.
      Northwestern Highway, Suite 200
      Farmington Hills, MI 48334-2525

or fax to (248) 341-4646.

Please return the requested documents to the above-referenced address within 10 days of the date of this letter. Once this office receives the completed documentation and assuming the documentation is submitted timely, we will schedule a meeting with the lender and/or servicer's designate, pursuant to Michigan statute.

Should you have any further questions or comments, please feel free to contact our office at the below number.

Sincerely,
TROTT & TROTT, P.C.
(248) 341-4740

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

CC: Stacie Talton
      28885 Ranchwood Dr Unit 7
      Southfield, MI 48076-2465

# TROTT & TROTT

### *A PROFESSIONAL CORPORATION*

| HEADQUARTERS: | GRAND RAPIDS: |
|---|---|
| 31440 Northwestern Hwy • Suite 200 | 4024 Park East Ct. • Suite B |
| Farmington Hills, MI 48334 | Grand Rapids, MI 49546 |
| 248-642-2515 • Fax 248-642-3628 | 616-942-0893 • Fax 616-942-0921 |

## THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
## ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

September 16, 2010

Stacie Talton
28885 Ranchwood Dr Unit 7
Southfield, MI 48076-2465

RE:     Larry Talton II
        28885 Ranchwood Dr Unit 7
        Southfield, MI 48076-2465
        T&T #337477F01
        Loan #22574967
        HUD #2619420222796

Dear Stacie Talton:

You, a co-mortgagor, or an approved housing counselor have requested a meeting with a designate of the servicer and/or lender to discuss loan modification and/or loss mitigation options, relative to the above-referenced property. As a result, the foreclosure process will not continue until on or after November 08, 2010

Please return copies of all of the following documents to us:

- The completed financial/information worksheet that is enclosed
- A letter explaining your hardship
- Two (2) most recent paystubs showing year-to-date income. If paid weekly, please provide four (4) most recent paystubs
- W-2 forms — *Need*
- Copies of benefit statement or letter from the provider that states the amount, frequency, and duration of the benefit
- Proof of any other income received such as alimony, rental, child support, pension, death benefits, public assistance unemployment, etc.
- Two most recent year's tax returns with all schedules (signed with all pages) or most recently filed tax return with proof of extension (signed with all pages)
- Two most recent months bank statements
- Proof of occupancy such as a copy of the most recent water bill, gas bill, electric bill, or phone bill for the subject property
- A fully executed 4506-T form *with*

Please return the enclosed documents to us at the following address:

     Trott & Trott, P.C.

     Northwestern Highway, Suite 200

     Farmington Hills, MI 48334-2525

or fax to (248) 341-4646.

Please return the requested documents to the above-referenced address within 10 days of the date of this letter. Once this office receives the completed documentation and assuming the documentation is submitted timely, we will schedule a meeting with the lender and/or servicer's designate, pursuant to Michigan statute.

Should you have any further questions or comments, please feel free to contact our office at the below number.

Sincerely,

TROTT & TROTT, P.C.

(248) 341-4740

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

CC: Gantz Associates

     31555 W 14 Mile Rd Ste 209

     Farmington Hills, MI 48334-1287