# EXHIBIT "H"

12/6  Mod MEE

189,000                    Scott Monte - Trott    BAC-
6.25% w/interest            Alecia - BAC
1,600 w/escrow      $1,982 to make up for escrow deficiency.

Next door sold 35-40,000      1,500 sq. ft condo.

2800 gross month =

He is working on a job that will soon end.
Someone interested in buying.


Medicare #135 - #25 = $110
    Home Appliance 36.99 now ∅
    gas  110 not 180
    prepaid Legal #25

#600 rent from sister

$500 wk after taxes - Laynry -

Notes state 8/4 declined - sent a letter - for HAMP.
Review for In-house modification.

Need: Hardship letter
       Recent pay stubs for Nov. both borrowers

utility bill last 30 days
4506T
Expense sheet.
08 & 09 tax returns

Fax to (248) 341-4646

FC mediation term

No sale date set.

11/8 90 days expired