UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY R. TALTON and STACIE C. TALTON,

        Plaintiffs,

v.

        Case No. 11-14512
        Honorable David M. Lawson

BAC HOME LOANS SERVICING LP,

        Defendant.
_____/

## STIPULATED ORDER AMENDING CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the parties' stipulation,

It is **ORDERED** that the discovery deadline is extended until **May 1, 2012**.

It is further **ORDERED** that dispositive motions must be filed **on or before May 15, 2012**.

It is further **ORDERED** that the final pretrial conference and trial are adjourned until further order of the Court.

It is further **ORDERED** that the remainder of the Case Management and Scheduling Order is in full force and effect.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:   March 1, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 1, 2012.

                                        s/Susan PInkowski
                                        SUSAN PINKOWSKI

Stipulated to by:

/s/ Adam Gantz
Adam Gantz (P58558)
GANTZ ASSOCIATES
27750 Middlebelt Road, Suite 100
Farmington Hills, Michigan 48334
(248) 886-9006
agantz@gantzassociates.com
Attorney for Plaintiffs

/s/ Christine E. Ficks
Christine E. Ficks (P64625)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
cficks@bodmanlaw.com
Attorneys for Defendant