UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY R. TALTON and STACIE C. TALTON,

      Plaintiffs,

v.

Case No. 11-14512
Honorable David M. Lawson

BAC HOME LOANS SERVICING LP,

      Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order granting defendant's motion to dismiss entered on this date,

It is **ORDERED AND ADJUDGED** that all counts of the complaint are **DISMISSED WITH PREJUDICE**, save counts 14 and 15, which are **DISMISSED WITHOUT PREJUDICE**.

      s/David M. Lawson
      DAVID M. LAWSON
      United States District Judge

Dated: March 7, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 7, 2012.

      s/Susan K. Pinkowski
      SUSAN K. PINKOWSKI